SELMA LUNG, Respondent, v. ANDREW LUNG, Appellant.—

Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.